UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In the Matter of the Application of

TRUMP VILLAGE SECTION 4, INC.

                      Petitioner,

For a judgment to stay the arbitration commenced by

LOCAL 804 INTERNATIONAL BROTHERHOOD OF TEAMSTERS

                      Respondents.

**NOTICE OF PETITION TO STAY ARBITRATION**

Civil Action No.
_____

---

| | |
|---|---|
| MOTION BY: | Daniel Murphy, Esq., on behalf of Petitioner, Trump Village Section 4, Inc. |
| PLACE, DATE & TIME: | On July ___, 2022 or as soon thereafter as counsel may be heard at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201. |
| SUPPORTING PAPERS: | Verified Petition to Stay Arbitration, dated July 5, 2022; Affidavit of Igor Oberman, sworn to July 5, 2022; Memorandum of Law in Support of Verified Petition to Stay Arbitration, dated July 5, 2022. |
| RELIEF REQUESTED: | An Order granting the following relief: (a) stay of arbitration improperly demanded by Respondents pursuant to 9 U.S.C. § 1 *et seq*; and (b) for such other and further relief as the Court may deem just and proper. |
| BASIS FOR RELIEF REQUESTED: | 9 U.S.C. § 1, *et seq.* and 29 U.S.C. § 185. |

14385814.1

2

RESPONDING PAPERS:	Petitioner intends to file and serve reply papers.  Therefore, Respondents are required to serve and file opposing papers at least eight (8) business days prior to the return date.


DATED:	New York, New York
	July 5, 2022

			Respectfully submitted,

			BOND, SCHOENECK & KING, PLLC


			By: _____/s/ Theresa Rusnak_____
				Daniel Murphy, Esq.
				Theresa Rusnak, Esq.
			600 Third Avenue, 22nd Floor
			New York, New York  10016
			Telephone:  646.253.2300
			E-mail:  dmurphy@bsk.com
			E-mail:  trusnak@bsk.com

14385814.1