UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRUMP VILLAGE SECTION 4, INC.,

          Petitioner,

   v.

LOCAL 804 INTERNATIONAL BROTHERHOOD
OF TEAMSTERS,

          Respondent.
----------------------------------------------------------------X

JUDGMENT
22-CV-3925 (PKC) (PK)

An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on October 24, 2022, dismissing this action without prejudice for failing to comply with Federal Rule of Civil Procedure 4(m); it is

ORDERED and ADJUDGED that this action is dismissed without prejudice for failing to comply with Federal Rule of Civil Procedure 4(m).

Dated: Brooklyn, New York
       October 27, 2022

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk